[Civil No. 535.]

WILDMAN-PETERS-GOLDMAN COMPANY et al., Appellants, v. SUSAN SHANNON, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

W. J. Kingsbury, for Appellants.

J. B. Early, for Appellee.

February 23, 1897. Affirmed.

---

[Civil No. 536.]

THE ARIZONA NORTHERN MINING COMPANY, Plaintiff in Error, v. ED. CAIN, Defendant in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Mohave. John J. Hawkins, Judge.

E. M. Sanford, and R. J. Baldwin, for Plaintiff in Error.

Herndon & Norris, and J. M. Murphy, for Defendant in Error.

February 23, 1897. Affirmed.

---

[Civil No. 537.]

CHESS SMITH, Appellant, v. W. D. JEFFERSON, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham. Owen T. Rouse, Judge.

William H. Barnes, and John McGowan, for Appellant.

Wiley E. Jones, for Appellee.

February 23, 1897. Reversed.